00-2314MJD/JGL
3M Innovative Prop..etal v. Medical Concept

**STIPULATED CONSENT JUDGMENT**

Plaintiffs, 3M INNOVATIVE PROPERTIES COMPANY ("3M IPC") and MINNESOTA MINING AND MANUFACTURING COMPANY ("3M"), and defendant, MEDICAL CONCEPTS DEVELOPMENT, INC. ("MCD"), have agreed as part of a Settlement Agreement entered into by the parties to resolve this matter, to the entry of this Consent Judgment. It is therefore found, adjudged and decreed as follows:

1. This Court has jurisdiction over the subject matter and the parties hereto, and over any disputes under the Settlement Agreement.

2. 3M IPC is the owner of the entire right, title, and interest in and to United States Letters Patent No. 6,105,579 ("the '579 patent"), and 3M is the exclusive licensee of the '579 patent.

3. The '579 patent is valid and enforceable for all purposes whatsoever, and MCD shall not challenge or contest, or assist in the challenge or contesting of, the patent's validity or enforceability for any purpose or in any matter, including in court, administrative, or other proceeding, and specifically including reexamination and litigation.

4. Effective the date of this Judgment, MCD and its officers, directors, agents, employees, affiliates, servants, attorneys, subsidiaries, successors and assigns of any of them, and all those persons in active concert or in participation with any of them, are permanently restrained and enjoined from directly, contributorily, or by inducement, making or causing to be made, using or causing to be used, importing, selling, or offering for sale any products the making, using, or selling of which would infringe one or more claims of the '579 patent, including the drape shown in Exhibit A, attached hereto, and mere colorable variations thereof.

5. An appropriate officer of MCD having knowledge of the manner in which the ophthalmic drape styled in accordance with Exhibit B attached hereto is produced,

AUG 22 2...

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

shall provide to 3M IPC and 3M, within a reasonable time period, a sworn, detailed affidavit regarding the manner in which the drape is made, and in particular, the manner in which the adhesive field is applied to the sheet, the aperture is made in the sheet, the release liner is applied to the adhesive field, the sheet is made into two pieces, and individual drapes on the web are separated from each other; the affidavit will contain detailed information sufficient to determine whether, at any time during the manufacturing process, any sort of tear line is formed in the sheet, including by perforation, scoring, weakening, stretching, or holding the drape tight along a line of the moving sheet, such as with pinch rollers. That affidavit is attached hereto as Exhibit C.

6. This Consent Judgment is a final adjudication on the merits providing res judicata and collateral estoppel effect between the parties, and 3M's recovery shall be as set forth in the underlying Settlement Agreement.

7. This Court shall retain exclusive jurisdiction of this action for the purpose of enforcing this Order and the underlying Settlement Agreement.

8. Each party shall bear its own costs.

The Clerk is directed to enter final judgment forthwith.

Date: August 22, 2001

The Honorable Michael Davis
United States District Judge

CONSENTED TO:

Counsel for plaintiff,
3M INNOVATIVE PROPERTIES COMPANY
AND MINNESOTA MINING AND
MANUFACTURING COMPANY

By:
Michael J. Kane (# 247625)
John A. Dragseth (#274896)
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Ph: (612) 335-5070
Fax: (612) 288-9696

Counsel for defendant,
MEDICAL CONCEPTS
DEVELOPMENT, INC.

By:
Steven E. Ness (# 177301)
HENRETTA, CROSS,
NESS & DOLAN
9800 Bren Road East – Suite 250
Minnetonka, Minnesota 55343
Ph: (952) 945-0909
Fax: (952) 945-0991

60046900.doc

Exhibit A






*Fig. 2a*




*Fig. 2b*




*Fig. 3*

Exhibit B



D1022

# Exhibit C

## Medical Concepts Development, Inc.
## Description of D1022 Lasik Drape Manufacturing Process

This is a detailed description of the manufacturing method employed in the manufacture of Medical Concepts Development, Inc. D1022 Lasik drape. It only covers the major steps to make the drape from roll to sheet.

1. Material is unwound from rollstock that is slit to overall width (16 inches).
2. An adhesive patch is applied to the unwound roll.
3. Aperture is diecut.
4. A slitting blade is used to cut the material in two pieces in the machine direction.
5. The two pieces are finally cut to length.

At no time during this process is the material prestressed, scored or perforated to weaken the material in the vicinity of the slit. The manufacturing process does not involve the use of structures that hold the drape tight cross web (on each side on the line) where the slitting knife intercepts the moving drape.

I declare under penalty of perjury that the forgoing statement is true and correct.

[signature] 7/19/01

Leland Annett